**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**


**EDWARD CHARLIP**,                                           )
                                                             )
                              Plaintiff,                      )
                                                             )
              v.                                             )          Case No. 14 C 835
                                                             )
**U.S. BANK NATIONAL ASSOCIATION**,                          )
et al.                                                       )
                                                             )
                              Defendants.                    )


## <u>MEMORANDUM ORDER</u>

Pro se plaintiff Edward Charlip ("Charlip") continues to misunderstand this Court's handling of his lawsuit, most recently by filing a motion to reconsider the February 25, 2014 memorandum order that dismissed this action for lack of federal subject matter jurisdiction. This further memorandum order is issued in the hope that this latest misapprehension on Charlip's part can be eliminated.

What Charlip's motion urges is that because the action taken against him by defendant U.S. Bank National Association as Trustee was handled (as it had to be) by a law firm, and because that firm and its lawyers could be classified as "debt collectors" as defined in 15 U.S.C. § 1692(a)(6), he somehow has a viable claim against the Bank under that statute, even though the statute by its terms applies <u>only</u> to debt collectors. That is of course nonsense, because whether or not the <u>law firm</u> is a "debt collector" within the scope of the statutory definition does not bring the <u>Bank</u> within that scope. All of Charlip's defendants targeted in this lawsuit have sought to collect debts owed by Charlip to themselves, not to others.

Accordingly Charlip's current motion to reconsider is denied out of hand. Any further efforts of the same sort, or any other attempt to revive this action, will be met with appropriate sanctions.

Milton I. Shadur
Senior United States District Judge

Date: March 14, 2014